1  RICHARD J. SIMONS, ESQ. State Bar No. 072676
   FURTADO, JASPOVICE & SIMONS
2  A Law Corporation
   22274 Main Street
3  Hayward, California 94541
   (510) 582-1080 Telephone
4  (510) 582-8254 Facsimile
   rica@fjslaw.com
5  rick@fjslaw.com

6
   Attorneys for Plaintiff
7  JESS CLOUD

8                        UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10

11  _____  )
                                     )  Case No: 05-5046 CRB
12  IN RE: BEXTRA AND CELEBREX MARKETING  )
    SALES PRACTICES AND PRODUCT LIABILITY )  MDL NO. 1699
13  LITIGATION                       )  District Judge: Charles R. Breyer
                                     )
14  _____  )
                                     )
15  JESS CLOUD,                      )
                                     )  STIPULATION AND ORDER OF DISMISSAL
16                  Plaintiffs,      )  WITH PREJUDICE
                                     )
17             vs.                   )
                                     )
18  Pfizer, Inc., et al.             )
                    Defendants.      )
19

20  _____

21       Come now the Plaintiff, JESS CLOUD, and Defendants, by and through the undersigned

22  attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the

23  dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

24
    DATED: September 22, 2009         By:_____
25
                                      RICK SIMONS
26                                    FURTADO, JASPOVICE & SIMONS
                                      A Law Corporation
27                                    22274 Main Street
                                      Hayward, CA 94541
28                                    Attorneys for Plaintiff

                                      -1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

DATED: March 11, 2010   By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: April 5, 2010   _____
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE